# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DEANGELOS JEFFERY,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIV. ACT. NO. 1:20-cv-25-TFM-N ) |
| **SGT. DERBY,** *et al.,* | ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims are hereby **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 21st day of July, 2020.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE